PROB 12C  
(7/93)

Report Date: September 25, 2014

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jaime Barajas-Birrueta | Case Number: 0980 2:13CR02094-TOR-3 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: April 15, 2014 | |
| Original Offense: Misprision of a Felony, 18 U.S.C. § 4 | |
| Original Sentence: Prison - 60 days<br>TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: August 8, 2014 |
| Defense Attorney: Julian Elizabeth Trejo | Date Supervision Expires: August 7, 2015 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number      Nature of Noncompliance

1      **General Condition**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

     **Supporting Evidence**: Mr. Barajas-Birrueta tested positive for cocaine on August 11, 2014. The test was confirmed by Alere Toxicology Services.

2      **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

     **Supporting Evidence**: Mr. Barajas-Birrueta tested positive for cocaine on September 11, 2014. The test was confirmed by Alere Toxicology Services.

Prob12C
**Re: Barajas-Birrueta, Jaime**
**September 25, 2014**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 25, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

September 25, 2014
Date