PROB 12C  
(7/93)

Report Date: October 23, 2014

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jaime Barajas-Birrueta | Case Number: 0980 2:13CR02094-TOR-3 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: April 15, 2014 | |
| Original Offense: Misprision of a Felony, 18 U.S.C. § 4 | |
| Original Sentence: Prison 60 days;<br>TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: August 8, 2014 |
| Defense Attorney: Julian Elizabeth Trejo | Date Supervision Expires: August 7, 2015 |

## PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on September 25, 2014.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number          Nature of Noncompliance

3    **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

   **Supporting Evidence**: Mr. Barajas-Birrueta failed to submit to random urinalysis testing on October 14, 2014.

4    **Special Condition # 17**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

   **Supporting Evidence**: Mr. Barajas-Birrueta tested presumptive positive for cocaine on October 21, 2014.

   Mr. Barajas-Birrueta submitted to a urinalysis test at Merit Resource Services which returned presumptive positive for the presence of cocaine. The defendant admitted to using the substance on or about October 19, 2014.

Prob12C  
Re: Barajas-Birrueta, Jaime  
October 23, 2014  
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 23, 2014

s/Jose Zepeda

Jose Zepeda  
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action  
[X]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ]   Other

Thomas O. Rice

Signature of Judicial Officer

October 23, 2014

Date